Original   SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

CASE NO. CV 01-07748-NM(AJWx)                    DATE  4/8/03

TITLE: Saroyan Lumber Company, Inc., -v- El & El Wood Products, et al

PRESENT:

        HON. NORA M. MANELLA JUDGE

Arlene Chavez for
JUDITH HURLEY                                    N/A
Deputy Clerk                                     Court Reporter

ATTORNEY PRESENT FOR PLAINTIFF     ATTORNEY PRESENT FOR DEFENDANT
      N/A                                    N/A

PROCEEDINGS: IN CHAMBERS

    The Court sets the following briefing schedule for defendants El & El Wood Products & Cathy Vidas' motion for summary judgment, or, in the alternative, for summary adjudication of defenses: opposition to be filed no later than 4/22/03; reply if any to be filed no later than 4/29/03. The motion remains set for hearing on 6/9/03, at 10 am.

cc: Counsel

APR 1 0 2003

MINUTES FORM 11                                  Initials of Deputy Clerk Jh
CIVIL-GEN

83