UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV01-7748-NM(AJWx)    Date and Filed: May 14, 2003

Title:   Saroyan Lumber Co v. El & El Wood Prod, et al

==================================================================
PRESENT:   THE HONORABLE HARRY L. HUPP, DISTRICT JUDGE

Carolyn Trump
Courtroom Clerk                Court Reporter

ATTORNEYS FOR PLAINTIFFS:      ATTORNEYS FOR DEFENDANTS:


PROCEEDINGS:   NOTICE AND ORDER TO TRANSFER MOTION TO BE HEARD BY
               JUDGE HARRY L. HUPP

    This is to advise parties and their counsel that the MOTION by defendant El & El Wood Prod, defendant Cathy Vidas for summary judgment, or in the alternative for summary adjudication of defenses has been transferred by Judge Nora M. Manella to the calendar of Senior U.S. District Judge, Harry L. Hupp for disposition. The case assignment is not affected and continues assigned to Judge Manella.

    The date and time of the motion is set for: June 2, 2003, 10:00 A.M.

Judge Hupp issues a tentative; counsel are advised to arrive at least twenty to thirty minutes earlier to review it before the judge takes the bench.

    Judge Hupp's courtroom is located at the U.S. Courthouse, 312 N. Spring Street, Los Angeles, CA 90012, Courtroom 7. Judge Hupp's courtroom clerk can be reached at (213) 894-3663.

ENTERED ICMS
MAY 15 2003
CV

MINUTES FORM 90                     Initials of Deputy Clerk____
CIVIL - GEN